08/28/2014 THU 12:50  FAX 305 512 9701 Bankruptcy Clinic                                      ☑001/010

B 27 (Official Form 27) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

In re   Alejandro De La Vega        Case No. 14-21259-LMI
        Debtor.                      Chapter 7

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: Space Coast Credit Union

2. Amount of the debt subject to this reaffirmation agreement:
$19,133.96 on the date of bankruptcy.  $19,133.96 to be paid under reaffirmation agreement.

3. Annual percentage rate of interest 3.74% prior to bankruptcy
3.74% under reaffirmation agreement (☒ Fixed Rate ☐ Adjustable Rate)

4. Repayment terms (if fixed rate): $327.57 per month for 65 months.

5. Collateral, if any, securing the debt: Current market value: $16,567.00
Description: 2009 Infiniti G37 2WD 2D Coupe, VIN# JNKCV64E99M603394

6. Does the creditor assert that the debt is nondischargeable? ___Yes ___No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

Debtor's Schedule I and J Entries

7A. Total monthly income from $ 4062.11
sources after payroll deductions

8A. Total monthly expenses $ 4254.45
from Schedule J, line 18

9A. Total monthly payments on $ 0
reaffirmed debts not listed on
Schedule J

Debtor's Income and Expenses
as Stated on Reaffirmation Agreement

7B. Monthly income from all $ 4062.11
Schedule I, line 16

8B. Monthly expenses $ 4254.45

9B. Total monthly payments on $ 0
reaffirmed debts not included in
monthly expenses

10B. Net monthly income $ -192.34
(Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.)

08/28/2014 THU 12:50  FAX 305 512 9701 Bankruptcy Clinic                                    ☑002/010

B27 (Official Form 27) (12/09) Page 2

11. Explain with specificity any difference between the income amounts (7A and 7B):

_____
_____

12. Explain with specificity any difference between the expense amounts (8A and 8B):

_____
_____

If line 11 or12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_____          _____
Signature of Debtor (only required if          Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                    required if line 11 or 12 is completed)

Other Information

☑ Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt: _____
_____

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
   ✓ Yes _____ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
   ✓ Yes _____ No

### FILER'S CERTIFICATION

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

Signature _____

Alexis S. Read, Attorney for Space Coast Credit Union
Print/Type Name & Signer's Relation to Case